# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHARON DOWNING, | }<br>} |
| Plaintiff, | }<br>} |
| v. | }   Case No.: 2:15-cv-00737-RDP<br>} |
| MIDLAND FUNDING, LLC, et al., | }<br>} |
| Defendants. | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal With Prejudice (Doc. # 70) between Plaintiff and Defendant Midland Funding, LLC (the only remaining parties in this case), filed July 25, 2016, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this July 25, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE